NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**WELD RACING, LLC,**
*Plaintiff-Appellant,*

v.

**ULTRA WHEEL COMPANY, INC.,**
*Defendant-Appellee.*

---

2011-1493

---

Appeal from the United States District Court for the Western District of Missouri in case no. 09-CV-0391, Judge Gary A. Fenner.

---

## ON MOTION

---

## ORDER

The parties jointly move to dismiss this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss 2011-1493 is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

OCT 3 1 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  James J. Kernell, Esq.
     Brian K. Brookey, Esq.

s21

Issued As A Mandate:  OCT 3 1 2011

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT. 3 1 2011

JAN HORBALY
CLERK